NO. CAAP-14-0001382

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GERALD VILLANUEVA, Petitioner-Appellant, v.
HAWAII PAROLING AUTHORITY, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P.P. NO. 14-1-0003(2); CR. NO. 96-0078(2))

ORDER DENYING THE MARCH 16, 2015 MOTION FOR RECONSIDERATION
(By: Foley, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of the Motion for Reconsideration by
Petitioner-Appellant Gerald Villanueva, filed on March 16, 2015,
and the files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, March 24, 2015.

Presiding Judge

Associate Judge

Associate Judge